Sunbeam Corporation, Appellee, v. Richard's Appliances, Inc., and Richard L. Greer and Janice Greer, Copartners Doing Business Under Trade Name and Style of The House of Greer, Defendants, Richard L. Greer and Janice Greer, Appellants.

Gen. No. 46,703. 

First District, Third Division.

December 14, 1955.

Rehearing denied January 26, 1956.

Released for publication January 26, 1956.

Sherwin & Sherwin, for appellants; Julius L. Sherwin, and Theodore R. Sherwin, of counsel; Finn & Van Mell, for appellee; Herman T. Van Mell, of counsel. Opinion by JUDGE FEINBERG. Not to be published in full.